UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN C BAKER,

            Plaintiff,

  v.

LEWIS COUNTY SUPERIOR COURT,

            Defendant.

CASE NO. 3:18-CV-05156-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: July 6, 2018

    The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff John C. Baker, proceeding *pro se*, initiated this civil rights action on February 26, 2018. *See* Dkt. 1.[1] On March 6, 2018, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 3. The Court ordered Plaintiff to correct the deficiencies by April 5, 2018. *Id.* The Court warned that failure to file an amended complaint or adequately address the issues identified in the Order would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id*.

---

[1] Plaintiff also filed a Motion for Leave to Proceed *In Forma Pauperis*. Dkt. 1, 4. However, the Court found it improbable Plaintiff would be able to cure the deficiencies of his Complaint and therefore stated it would not rule on the request to proceed *in forma pauperis* until Plaintiff filed an amended complaint. As Plaintiff has not filed an amended complaint, the Court recommends the Motion for Leave to Proceed *In Forma Pauperis* be denied.

REPORT AND RECOMMENDATION - 1

1    On April 16, 2018, the Court granted Plaintiff's request for an extension of time to
2 respond to the Court's Order. *See* Dkt. 6-8. Plaintiff was directed to file a response to the Court's
3 Order on or before June 4, 2018. Dkt. 8. The Court again warned Plaintiff that if he failed to
4 respond to the Court's Order by June 4, 2018, the Court would recommend dismissal of this case
5 without prejudice. *Id*.

6    Plaintiff has failed to comply with the Court's Order. He has not filed a response to the
7 Order or filed an amended complaint. As Plaintiff has failed to respond to the Court's Order and
8 prosecute this case, the Court recommends this case be dismissed without prejudice. The Court
9 also recommends that the Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 4) be denied as
10 moot.

11    Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
12 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
13 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
14 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
15 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 6,
16 2018, as noted in the caption.

17    Dated this 18th day of June, 2018.

David W. Christel
United States Magistrate Judge